IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE E. JOHNSON, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | No. 10-5027 |
| MICHAEL E. WENEROWICZ, ET AL., : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 8th day of April, 2011, upon consideration of the Commonwealth Defendants' Motion to Dismiss (Doc. No. 11) filed by Defendants Michael E. Wenerowicz, Michael Lorenzo, Gary Olinger, and Dan White (collectively, "Defendants") and Plaintiff's Opposition of Commonwealth Defendants' Motion to Dismiss filed by Plaintiff Ronnie E. Johnson ("Plaintiff"), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiff's claims against Defendants are hereby **DISMISSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE